# Exhibit 3, Part 28

**Exhibit 4**

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Custodian | Office entre reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | ELYYC01 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Natalia Vereviana | First Search Order - Premises | Floor | Desktop | ELYYC02 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154779403137 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYYC03 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Uttar Tagiana | First Search Order - Premises | Floor | Desktop | ELYYC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | ELYYC09 | Dell | Optiplex 7040 | 5H75282 | Teta | ProductCode | 507213350249313547 | 8.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYYC01 | Dell | Optiplex 7040 | 6875282 | Seagate | ST500LM000-1EJ1 | W760TT6 | 500.00 | 2018/06/28 |
| 002A6A08 | Claudia | First Search Order - Premises | Floor | Laptop | ELYLYT03 | Asus | UX305L | EAN0C2077A44431H 12M | C0ZV189SGG7N | SPRNYJ6QEA6490 | 2000.00 | 2018/06/28 |
| 002A6A09 | Nagraj (intern) | First Search Order - Premises | Floor | Desktop | EQU-MAQ2 | Apple | MAC-All in one | C02TK29SGT8A | C0ZT123SGT8A | C02703.3D2NAHCGX18 | 1000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAQ6 | Apple | Macbook Pro | C02T123SGT8A | Apple | SSD | C02703.3D2NAHCGX18 | 1000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Oshkine Majoralde | First Search Order - Premises | Floor | Desktop | EQU-MAQ4 | Apple | MAC-All in one | C02DWRDCJ5G7N | Apple | NS65225 | SPRNYA6SK5225 | 2000.00 | 2018/06/28 |
| 002A6A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYYC012 | Dell | Optiplex 7040 | HB75282 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYYC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | ELYYC06 | Dell | Optiplex 7040 | 8C75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | ELYT083 / ELYLYT22 | Apple | iPhone 7 Plus | C0V3C245B37S34 12M | N/A | SSD | S00000S0NG5729F | 1000.00 | 2018/06/28 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | ELYYC010 | Apple | Optiplex 7040 | 7d75282 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 002A6A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT50 G2 | 98AF0AE18E09 | 16.00 | 2018/06/28 |
| 002A6A20 | Natalia Vereviana | First Search Order - Premises | Floor | Desktop | EQU-MAQ3 | Apple | MAC-All in one | C02DZCJCJ5G7N | Apple | SSD | SPRNYA6J33710 | 2000.00 | 2018/06/28 |
| 002A6A21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | ELYYC07 | Dell | Optiplex 7040 | 4d75282 | Sandisk | SSD | 154778402463 | 240.00 | 2018/06/28 |
| 002A6A22 | Ucha Shah | First Search Order - Premises | HR | Desktop | N/A | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 002A6A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYYC011 | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| 002A6A24 | Wail Anwar | First Search Order - Premises | Floor | Laptop | ELYLYT15 | Sony | VAIO / SVP13214LCM | 54626038-0003861 / Service | N/A | SSD | S35YNFA062361 | 120.00 | 2018/06/28 |
| 002A6A25 | Natalia Vereviana | First Search Order - Premises | Floor | Desktop | N/A | Asus | UX305L | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A26 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | N/A | Apple | iPhone 6 / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAQ1 | Apple | Optiplex 7040 | C02QW2URSGJ7N | Apple | SSD | SPRBNYA6BY3008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A28 | Unknown | First Search Order - Premises | Floor | Storage Cal | Desktop | N/A | Hitachi / Apple HDD | J22600S1HHZP1C | 500.00 | 2018/07/01 |
| 002A6A29 | Unknown | First Search Order - Premises | Floor | Storage Cal | Desktop | N/A | N/A | C02HT1A801D1 | Toshiba | MQ01 | 1230FBS1KT | 500.00 | 2018/07/01 |
| 002A6A30 | Unknown | First Search Order - Premises | Floor | Storage Cal | Desktop | N/A | Toshiba | C02LUP7D1D1 | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 002A6A31 | Wail Anwar | First Search Order - Premises | Floor | DVD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/07/01 |
| 002A6A32 | Unknown | First Search Order - Premises | Storage Cal Laptop | ELYLYT02 | Asus | UX305L | EAN0C2077203439 12M | N/A | Seagate | ST500LM000-1EJ1 | W760GW0C | 500.00 | 2018/07/01 |
| 002A6A33 | Unknown | First Search Order - Premises | Storage Cal Laptop | ELYLYT08 | Asus | UX305L | C0V3C24BR02D1E 12M | N/A | SSD | SM05212L | 500.00 | 2018/07/01 |
| 002A6A34 | Natalia Vereviana | First Search Order - Premises | Laptop | N/A | Apple | MacBook Pro - A1707 | F3HDK1SGHD7LC1C5GM | N/A | N/A | N/A | N/A | 2018/07/01 |
| 002A6A40 | Stephania Paun / UN | First Search Order - Premises | Floor | Laptop | ELYLYT06 | Asus | UX305L | F3HDCL1SG00SAN 12M | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Office 365 | admin@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Office 365 | asset@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Office 365 | catcho@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A41 | Sanjay Shah | First Search Order - Premises | - | Office 365 | ceo@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Office 365 | cfo@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Office 365 | consultant@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.30 | 2018/07/02 |
| 002A6A41 | Ucha Shah | First Search Order - Premises | - | Office 365 | director@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A41 | Sandesh Dhomne | First Search Order - Premises | - | Office 365 | fd@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A41 | Rashmi / Yothu / Mai | First Search Order - Premises | - | Office 365 | finance@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 002A6A41 | Mark Fernandes | First Search Order - Premises | - | Office 365 | it@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Office 365 | HR@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.32 | 2018/07/02 |
| 002A6A42 | Stephania Paun / UN | First Search Order - Premises | - | Office 365 | Legal@elyxiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/02 |
| 002A6A42 | Wail Anwar | First Search Order - Premises | Floor | Laptop | ELYLYT06 | Asus | UX305L | od@elyxiumglobal.com | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.20 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area / reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D82A6A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W0E1E5S1C5U5 | 1000.00 | 2018/08/14 |
| D82A6A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W0E1A75EZXLI | 1000.00 | 2018/08/17 |
| D82A6A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W0F1E6S2EK07 | 3000.00 | 2018/07/17 (Failed) |
| D82A6A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W0E1H55XCCP1E | 1000.00 | 2018/07/25 |
| D82A6A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D82A6A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D82A6A48 | Usha Shah | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D82A6A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D82A6A48 | Wali Anwar | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D82A6A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D82A6A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D82A6A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D82A6A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D82A6A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D82A6A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D82A6A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D82A6A48 | Unknown_OO | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D82A6A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D82A6A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D82A6A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D82A6A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.62 | 2018/09/25 |
| D82A6A49 | Wali Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D82A6A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D82A6A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| D82A6A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D82A6A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D82A6A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D82A6A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.99 | 2018/09/25 |
| D82A6A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D82A6A49 | Unknown_OO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D82A6001 | Philip Punwar | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D82A6002 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/04 |
| D82A6001 | Multiple | Remote Server Collection | - | DocColl DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D82A6002 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D82A6003 | Multiple | Remote Server Collection | - | Sage Server (ely-sageswr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D82A6004 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**