# Exhibit 27

| | |
|---|---|
| **From:** | Richard Markowitz <rmarkowitz@argremgt.com> |
| **To:** | Sanjay Shah <sanjay@elysiumdubai.com>;Omar Arti <omar.arti@solo.com>;Priyan Shah <priyan.shah@agrius-capital.com> |
| **CC:** | Robert Klugman <rklugman@storcapital.com>;Adam Larosa <alarosa@argremgt.com>;John H. van Merkensteijn, III <jhvm@argremgt.com> |
| **Sent:** | 8/26/2014 3:05:33 PM |
| **Subject:** | Re: Dinner on Thursday Evening |

Great.

See you all then.

- - - - - - - - - - - - - - - - - - - - - - - -

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:
(212) 247-2600
Fax:
(212) 247-2753
Mobile:
(917) 848-5675

**From:** Sanjay Shah <sanjay@elysiumdubai.com>
**Date:** Tuesday, August 26, 2014 at 11:02 AM
**To:** RICHARD MARKOWITZ <rmarkowitz@argremgt.com>, Omar Arti <Omar.Arti@solo.com>, Priyan Shah <priyan.shah@agrius-capital.com>
**Cc:** Robert Klugman <rklugman@storcapital.com>, Adam LaRosa <alarosa@argremgt.com>, "John Van Merkensteijn, III" <JHVM@Argremgt.com>
**Subject:** Re: Dinner on Thursday Evening

Hi Richard
On my side there will be four of us - Omar, Priyan, Edo and me.
Look forward to seeing you.
Regards
Sanjay

**From:** Richard Markowitz
**Sent:** Tuesday, 26 August 2014 10:57
**To:** Sanjay Shah; Omar Arti; Priyan Shah
**Cc:** Robert Klugman; Adam Larosa; John H. van Merkensteijn, III
**Subject:** Dinner on Thursday Evening

We have reservations for dinner on Thursday, August 28th at 6 pm.

The Restaurant at the Nomad Hotel
1170 Broadway, at 28th Street

Looking forward to seeing you all there.

CONFIDENTIAL

JHVM_0014692

Richard

-------------------------

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:(212) 247-2600
Fax:(212) 247-2753
Mobile:(917) 848-5675

CONFIDENTIAL JHVM_0014693