# Exhibit 71

| | | |
|---|---|---|
| **From:** | Richard Markowitz <Rmarkowitz@argremgt.com> | |
| **Sent:** | Wednesday, March 16, 2011 1:47 PM | |
| **To:** | Ben-Jacob, Michael; ~LH If 03-22-2013 Tuchman, Louis; Wells, Peter | |
| **Cc:** | John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein | |
| **Subject:** | Re: Diagram for Transaction | |
| **Attachments:** | Basic Structure PDF | |



Try this.


On 3/16/11 1:40 PM, "Michael Ben-Jacob" <michael.ben-jacob@kayescholer.com> wrote:

> Richard,
>
> I cannot open the attachment.  Can you scan and send as a pdf?
>
>
> Michael Ben-Jacob
> Kaye Scholer LLP
> 425 Park Avenue
> New York, New York, 10022
> Phone: 212-836-8310
> Fax: 212-836-6310
> email: michael.ben-jacob@kayescholer.com
>
>
> **From:** Richard Markowitz [mailto:Rmarkowitz@argremgt.com]
> **Sent:** Wednesday, March 16, 2011 1:02 PM
> **To:** Ben-Jacob, Michael; Tuchman, Louis; Wells, Peter
> **Cc:** John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein
> **Subject:** Diagram for Transaction
>
> Michael:
>
> Attached please find a diagram for the major aspects of the transaction.  Solo Capital has reviewed this.  They also can provide a detailed summary of a trade, if needed.  This takes you step by step through the orders to buy shares (and hedge) and then sell the shares (and unwind the hedge).
>
> Also, with respect to the diagram, the other significant party is Acupay.  As we discussed, they submit the requests to the German government for withholding tax refunds.  A contract with Acupay will have to be signed by the Charity as well.
>
> You can disclose the names of the investors.
>
> Let us know if this diagram is helpful.  We and Solo can obviously prepare the more detailed information when appropriate.
>
> Thanks

1

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                   WH_MDL_00276116

2

--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                                    WH_MDL_00276117

# STRUCTURE OF TRANSACTION



CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00276118