# Exhibit 147

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2            MASTER DOCKET 18-MD-2865(LAK)
              CASE NO. 18-CV-09797

3

4  _____
                          )
  IN RE:                    )
5                         )
  CUSTOMS AND TAX ADMINISTRATION OF    )
6  THE KINGDOM OF DENMARK          )
  (SKATTEFORVALTNINGEN) TAX REFUND    )
7  SCHEME LITIGATION             )
                         )
8  _____)

9

10

11

12             C O N F I D E N T I A L

13

14

15    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16              EXAMINATION OF

17             KATHLEEN WECHTER

18

19           DATE: November 22, 2021

20

21

22

23

24

25        REPORTED BY: MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

1      A    Yes.

2           At the Kaye Scholer firm, I have

3     held the position of counsel.

4      Q    And are you still practicing at the

5     Arnold & Porter Kaye Scholer firm?

6      A    Yes, I'm still practicing with the

7     Arnold & Porter Kaye Scholer firm.

8      Q    And can you please describe for us

9     the nature of your -- of your practice at

10    that firm, from May of 2012?

11     A    I worked in the area of employee

12    benefits and executive compensation, which is

13    a part of the Tax Department at Arnold &

14    Porter Kaye Scholer.

15          So I work with different areas of

16    compensation, retirement planning, employee

17    benefits.

18     Q    And who -- who are the main -- the

19    principal partners with whom you've worked

20    since May of 2012?

21     A    Are you asking about in the

22    employee benefits subgroup, as it were, or in

23    general?

24     Q    Let me ask you in -- in general.

25     A    In general at the firm?

```
1        Q    Do you recall that the structures

2    involved the use of qualified plans?

3             MR. DULBERG:  Objection to the

4        form.

5             For the record, this is Drew

6        Dulberg on behalf of -- from Wilmer Hale

7        on behalf of Mr. Markowitz.

8        A    Can you repeat the question,

9    please?

10       Q    Do you recall that the ex-dividend

11   matter involved using qualified plans?

12            MR. DULBERG:  Same objection.

13       A    I recall that there were issues

14   related to the use of pension and retirement

15   plans, which was the reason -- the reason for

16   my specific involvement on specific

17   retirement and pension plan issues.

18       Q    And do you recall that the plans

19   were going to be purchasing foreign shares?

20       A    I don't recall the details of the

21   transactions.

22       Q    Do you recall any details of the

23   transactions?

24       A    At this point, since it was almost

25   nine or ten years ago, I don't remember
```